UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-61203-Civ-COOKE/TORRES

TAL HILSON,

    Plaintiff,

v.

HOLY CROSS HOSPITAL, INC.,
a Florida Corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff, Tal Hilson, and Defendant, Holy Cross Hospital, Inc., having entered into a Confidential Settlement Agreement thereby resolving the claims brought in the above-referenced Action, hereby stipulate to the dismissal of the above-styled action *with prejudice*, with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Each party shall bear his and its own costs, expert fees, attorneys' fees, except as otherwise specified by the Parties in the Confidential Settlement Agreement.

Dated: September 15, 2015.

| | |
|---|---|
| /s/ Arlene K. Kline_____ | /s/ Mark D. Cohen_____ |
| Arlene K. Kline | Mark D. Cohen |
| Fla. Bar No. 0104957 | Fla. Bar No.: 347345 |
| E-mail: arlene.kline@akerman.com | E-mail: mdcohenpa@yahoo.com |
| AKERMAN LLP | MARK D. COHEN, P.A. |
| 777 South Flagler Drive | President Circle |
| Suite 1100 West Tower | 4000 Hollywood Blvd., Suite 435 So. |
| West Palm Beach, FL 33401 | Hollywood, FL 33021 |
| Telephone: (561) 653-5000 | Telephone: (954) 962-1166 |
| Facsimile: (561) 659-6313 | Facsimile: (954) 962-1779 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

{36189913;1}